United States District Court
Southern District of Texas

**ENTERED**

January 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIBEL  RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-256 |
| | § | |
| ALLSTATE TEXAS LLOYDS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Agreed Stipulation of Dismissal with Prejudice,"[1] filed by Maribel Rodriguez ("Plaintiff") and Allstate Texas Lloyds and Brenda Guichet ("Defendants"), announcing to the Court that Plaintiff seeks to dismiss this suit and that Defendants agree to dismissal of Plaintiff's claims. Pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii), Plaintiff and Defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendants, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of January, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 13.

1 / 1